information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

Kimberly OKELLO, Appellant,

v.

Samson OKELLO, Respondent.

No. ED 103787

Missouri Court of Appeals, Eastern District. Division One.

FILED: August 30, 2016

Mayra Flesner, Erika Wentzel, St. Charles, Missouri, for Appellant.

C. Curran Coulter II, Joseph A. Lambson, Clayton, Missouri, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Kimberly Okello ("Wife") appeals from the trial court's Judgment and Decree of Dissolution, dissolving the marriage of Wife and Samson Okello ("Husband") and providing for the custody and support of the parties' two minor children, enforcing a consent agreement between them. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).